UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRADEMARK CONSTRUCTION CO., INC., an Arizona corporation; TRADEMARK CONSTRUCTION CO., INC., which will do business in California as J.M.W. TRUSS & COMPONENTS, an Arizona corporation; and DOES 1 through 50 inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 18-CV-1214 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 20) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 20). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action as to Plaintiff, with

///

///

///

///

each Party to bear its own costs and attorney's fees.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated:  January 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge